IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**GEORGIA MAYE MCCOY, ET AL.**                          **PLAINTIFFS**

**V.**                                            **CIVIL ACTION NO.: 1:08CV144-SA-JAD**

**LOWNDES COUNTY, MISSISSIPPI, ET AL.**                    **DEFENDANTS**

ORDER

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1)     Defendants' Motion for Summary Judgment [32] is GRANTED;

(2)     Defendants' Motion for Summary Judgment on Qualified Immunity [53] is GRANTED;

(3)     Plaintiffs' claims are dismissed; and

(4)     this case is CLOSED.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on these motions are hereby incorporated into and made part of the record in this action.

SO ORDERED, this the 15th day of September 2009.

                                                  **/s/ Sharion Aycock**
                                                  **UNITED STATES DISTRICT JUDGE**